UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT KASPER, an individual,

        Plaintiff,

   v.

CITY OF MODESTO; BEDWENDOLYN WILLIAMS-RIDLEY; JILL PELTIER; and DOES 1 through 25, inclusive,

        Defendants.

NO. CIV. S-12-0464 LKK/KJN

/

    Defendants' Motion to Dismiss, ECF No. 7, is currently set for hearing on June 4, 2012. Plaintiff did not file an opposition or a statement of non-opposition, and the deadline for doing so under Local Rule 230(c), has passed. On that deadline, plaintiff filed a First Amended Complaint. ECF No. 13. Accordingly, the court ORDERS as follows:

        [1]  Defendants' Motion to Dismiss, ECF No. 7, is DENIED as MOOT.

////

1

[2]  The hearing on Defendants' Motion to Dismiss is VACATED.

IT IS SO ORDERED.

DATED: May 31, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2