UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT KASPER, an individual,

        Plaintiff,

    v.

CITY OF MODESTO; BEDWENDOLYN WILLIAMS-RIDLEY; JILL PELTIER; and DOES 1 through 25, inclusive,

        Defendants.
_____/

NO. CIV. S-12-0464 LKK/KJN

    Upon review of this matter, it appears that it should have been commenced in the Fresno division of this court. See Local Rule 120(d). Accordingly, this action is hereby TRANSFERRED to the Fresno division. See Local Rule 120(f). The Clerk is directed to take all necessary action to effect this transfer. The scheduling order currently in place (ECF No. 12) is VACATED.

    IT IS SO ORDERED.

    DATED: March 11, 2013.

*[signature: Lawrence K. Karlton]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1